## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
    **Plaintiff**

    **v.**
                                                       **Criminal No. 07-156 (ADC)**

**DENNIS OMAR LOPEZ-PEREIRA (2),**
    **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on October 13, 2007. (**Docket No. 238**). In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Dennis Omar López-Pereira** be adjudged guilty of the offenses charged in Count I (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii), 846 and 860 inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for December 17, 2007 at 1:30 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 14th day of November, 2007.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**